**STATE of Missouri, ex rel., John MAUFAS, Relator–Appellant,**

v.

**Dennis G. COLEMAN, et al., Respondents–Respondents.**

**No. 55184.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1989.

Alif A. Williams, St. Louis, for relator-appellant.

Edward J. Hanlon, Associate City Counselor, St. Louis, for respondents-respondents.

### ORDER

**PER CURIAM**

Employee appeals from an order dismissing his petition in mandamus. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).